# EXHIBIT A



STATE OF TENNESSEE
DEPARTMENT OF COMMERCE AND INSURANCE
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TN 37243-1131

CORP LAW DEPT
FEB 13 2009

February 05, 2009

Transamerica Life Ins Company
4333 Edgewood Rd, Ne
Cedar Rapids, IA 52499
NAIC # 86231

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7008 1830 0000 6981 5721
Cashier # 1456

Re: Laura Yarnell, Trustee  V.  Transamerica Life Ins Company

Docket # 09-0040



To Whom It May Concern:

We are enclosing herewith a document that has been served on this department on your behalf in connection with the above-styled matter.

I hereby make oath that the attached Complaint was served on me on January 29, 2009 by Laura Yarnell, Trustee pursuant to Tenn. Code Ann. § 56-2-504 or § 56-2-506. A copy of this document is being sent to the Chancery Court of Hamilton County, TN.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Chancery Court Clerk
    Hamilton County
    201 East Seventh Street, Rm 300
    Chattanooga, Tn 37402

Service of Process 615.532.5260

State of Tennessee

IN THE CHANCERY COURT OF HAMILTON COUNTY

LAURA YARNELL, Trustee under the
Trust of S. CAMERON YARNELL for
the children of S. CAMERON YARNELL
                           Plaintiff                No. 09-0040

vs.

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY
                           Defendant

## SUMMONS

**SERVE THROUGH THE COMMISSIONER OF COMMERCE and INSURANCE PURSUANT to T.C.A. §§ 56-2-501 – 56-2-509**

TO: Transamerica Occidental Life Insurance Company, 4333 Edgewood Road, NE, Cedar Rapids, IA 52499

    You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Chancery Court of Hamilton County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Clerk and Master of Hamilton County, Tennessee on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ATTESTED TO and issued this 22 day of January, 2009.

A TRUE COPY
S. LEE AKERS, Clerk & Master
Chancery Court, Hamilton, Tennessee
This 22 day of January, 2009
By [signature]   C & M

                                    S. Lee Akers, Clerk and Master
                                    By [signature]
                                    Deputy Clerk and Master

ATTORNE FOR PLAINTIFF Marvin Berke BERKE, BERKE & BERKE

                            420 Frazier Avenue, P. O. Box 4747, Chattanooga, TN 37405

PLAINTIFF'S ADDRESS 1816 Hixson Pike, Chattanooga, TN 37405

Received this _____ day of _____, 2009.

                                                         /S/ _____
                                                                  Deputy Sheriff

# SUMMONS RETURN

I received this summons on _____. I certify and return that on _____, I
                                  (Date)                                                        (Date)

☐ served this summons and a complaint on defendant, _____
                                                                                            (Printed Name of Defendant)

in the following manner:

_____
_____
_____

☐ failed to serve this summons within thirty (30) days after its issuance because:

_____
_____
_____


_____        _____
Process Server Name (Printed)                   Process Server Signature

_____
Address
_____

[Form 114, Rev 2002.01.15]

| | |
|---|---|
| LAURA YARNELL, Trustee under the Trust of S. CAMERON YARNELL for the children of S. CAMERON YARNELL | NO. 09-0040 |
| vs. | IN CHANCERY COURT |
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY | HAMILTON COUNTY, TENNESSEE PART II |

## COMPLAINT

Plaintiff sues the defendant and for her cause of action alleges the following facts, to-wit:

I

S. Cameron Yarnell was insured under a life insurance policy issued by the defendant, Transamerica Occidental Life Insurance Company with the beneficiary being the plaintiff. The face amount of said policy was One Million ($1,000,000.00) Dollars. The Policy No. was 42074562.

II

The insured, S. Cameron Yarnell, died on October 3, 2007. The defendant wholly and without cause refuses to pay the policy benefits to the plaintiff.

III

The defendant owes the plaintiff One Million ($1,000,000.00) Dollars plus interest from October 3, 2007.

**WHEREFORE**, the plaintiff sues the defendant for One Million ($1,000,000.00) Dollars plus interest from October 3, 2007, and demands a jury to try the issues when joined.

BERKE, BERKE & BERKE

By: _____
Marvin Berke    BPR #1740
Attorneys for Plaintiff
420 Frazier Avenue
P. O. Box 4747
Chattanooga, Tennessee 37402
423/266-5171 – telephone
423/265-5307 – facsimile

A TRUE COPY
S. LEE AKERS Clerk & Master
Chancery Court, Hamilton Co., Tennessee
This 22 day of January, 2009
_____ D.C. & M

ENDORSED
January 21, 2009
AKERS, Clerk & Master
_____ D.C. & M.

yarnelllaura.s.cameronyarnell.complaint

2

 

**CLERK & MASTER**
**CHANCERY COURT OF TENNESSEE**
**ELEVENTH JUDICIAL DISTRICT OF TENNESSEE**
**CHATTANOOGA, TENNESSEE**

# ADA: PUBLIC NOTICE

This notice is provided as required by Title II of the AMERICANS WITH DISABILITIES ACT OF 1990, 42 U.S.C. 12131, et seq., T.C.A. § 16-3-803, and Tennessee Supreme Court Rule 45.

The AMERICANS WITH DISABILITIES ACT (ADA) prohibits discrimination against any qualified individual with a disability. The Tennessee Judicial Branch does not permit discrimination against any individual on the basis of physical or mental disability in accessing its judicial programs. In accordance with the ADA, the Tennessee Judicial Branch will provide reasonable modifications, if necessary, in order for any qualified individual with a disability to access all of its programs, services and activities.

If you require a modification to access the judicial program and/or have special needs because of a qualified disability, you must submit a written **ADA Request for Modification** to the Local Judicial Program ADA Coordinator listed below at least 5 business days prior to the date of the judicial program, if possible. A form is available from the Local Judicial Program ADA Coordinator or from the Tennessee Judicial Program ADA Coordinator. http://www.tsc.state.tn.us

If you need assistance, have questions or need additional information please contact either:

| | |
|---|---|
| Hamilton County Judicial Program ADA Coordinator 625 Georgia Avenue, Room 500 Chattanooga, TN 37402 (423) 209-6700 | Julie Taylor State Judicial Program ADA Coordinator Administrative Office of the Courts Nashville City Center, Ste 600 511 Union St, Nashville, TN 37243 1-800-448-7970 |

**The Tennessee Judicial Branch Americans with Disabilities Act Policy Regarding Access to Judicial Programs**, as well as **Request for Modification** form may be found online at:
www.tsc.state.tn.us

Page 1 of 1 page.
PUBLIC NOTICE: AMERICANS WITH DISABILITIES ACT
REV. 2007.01.19