IN THE UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION-AT CHATTANOOGA

| | |
|---|---|
| LAURA YARNELL, Trustee under the Trust of S. Cameron Yarnell for the children of S. Cameron Yarnell, ) ) ) ) | |
| Plaintiff, ) ) | CIVIL DOCKET NO.: 1:09-CV-00049 |
| vs. ) ) | JUDGE VARLAN |
| TRANSAMERICA LIFE INSURANCE COMPANY, SUNTRUST INVESTMENT SERVICES, INC., ) ) ) | MAGISTRATE CARTER<br><br>JURY TRIAL DEMANDED |
| Defendants. ) ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Laura Yarnell, Trustee under the Trust of S. Cameron Yarnell for the children of S. Cameron Yarnell, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit for the court's memorandum opinions and orders identified in the record as Doc. Nos. 113, 114, 115, and 116. Specifically, Plaintiff appeals to the United States Court of Appeals for the Sixth Circuit from the court's memorandum opinions and orders granting Transamerica Life Insurance Company's Motion to Dismiss the Negligence Claim in Plaintiff's Second Amended Complaint, SunTrust Investment Services, Inc.'s Motion to Dismiss, Transamerica Life Insurance Company's Motion for Summary Judgment, and Transamerica Life Insurance Company's Motion to Strike Plaintiff's Response to the Reply Brief in Support of Motion for Summary Judgment entered in this action on the 9th day of March, 2011.

Respectfully submitted,

BERKE, BERKE & BERKE

By: s/ Marvin B. Berke
    Marvin Berke, BPR# 1740
    Megan England Demastus, BPR#23167
    420 Frazier Avenue
    Post Office Box 4747
    Chattanooga, TN 37405
    (423) 266-5171- Telephone
    (423) 265-5307- Facsimile
    marvin@berkeattys.com
    megan@berkeattys.com

    Attorneys for Laura Yarnell

## CERTIFICATE OF SERVICE

I certify that the foregoing paper, along with copies of the documents were served electronically on the following on:

| | |
|---|---|
| D. Aaron Love, Esquire | John E. Winters, Esquire |
| Chambliss, Bahner & Stophel, P.C. | Kramer Rayson, LLP |
| 1000 Tallan Building | Suite 2500 First Tennessee Plaza |
| Two Union Square | 800 South Gay Street |
| Chattanooga, TN 37402 | Post Office Box 629 |
| | Knoxville, TN 37901-0629 |

This 6th day of April, 2010.

BERKE, BERKE & BERKE

By: s/ Marvin B. Berke
    Marvin B. Berke, BPR#1740