# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 10-5367

_____

Filed: September 09, 2011

LAURA YARNELL, Trustee under the Trust of S. Cameron Yarnell for the children of S. Cameron Yarnell

    Plaintiff - Appellant

v.

TRANSAMERICA LIFE INSURANCE COMPANY; SUNTRUST INVESTMENT SERVICES, INC.

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 08/17/2011 the mandate for this case hereby issues today.

COSTS:  None